UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DORIAN T. MARTIN<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Felon in Possession of a Firearm)

1. On or about May 19, 2022, in the Southern District of Ohio, the defendant, **DORIAN T. MARTIN**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, a Glock Model 19, 9mm caliber pistol, bearing serial number BSKH183, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

### FORFEITURE ALLEGATION

2. The allegations of Count One of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

1

3. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **DORIAN T. MARTIN**, shall forfeit to the United States his interest in any firearm and ammunition involved in or used in such violation, including, but not limited to, the following:

- One Glock Model 19, 9mm caliber pistol, bearing serial number BSKH183; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*s/Foreperson*

_____
**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

*Jennifer M. Rausch* (signature)

**JENNIFER M. RAUSCH (0075138)**
**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorneys**

2